# EXHIBIT B

**Alex Padilla**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, July 2, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### C4113670    MCLAREN AUTOMOTIVE, INC.

| | |
|---|---|
| **Registration Date:** | 02/15/2018 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 750 THIRD AVE STE 2400 NEW YORK NY 10017 |
| **Entity Mailing Address:** | 750 THIRD AVE STE 2400 NEW YORK NY 10017 |

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 11/13/2018 | |
| SI-COMPLETE | 02/16/2018 | |
| REGISTRATION | 02/15/2018 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Modify Search    New Search    Back to Search Results