**LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr (SBN 183052)
Adam M. Rose, (SBN 210880)
23901 Calabasas Road, Suite 2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042
Email:    robert@starrlaw.com
          adam@starrlaw.com

Attorneys for Plaintiff
WHITE FOX, LLC

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
LISA M. GIBSON (SBN 194841)
RYAN E. COSGROVE (SBN 277907)
SHAWTINA LEWIS (SBN 259255)
19191 South Vermont Avenue, Suite 900
Torrance, California 90502
Telephone:  424.221.7400
Facsimile:  424.221.7499
Email:    lisa.gibson@nelsonmullins.com
          ryan.cosgrove@nelsonmullins.com
          shawtina.lewis@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSH BERMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MCLAREN AUTOMOTIVE, INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-05808-AB-JPR<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  June 3, 2019<br>Trial Date:          November 17, 2020 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41 hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims

1  stated herein against McLaren Automotive, Inc., with each party to bear its own
2  attorney's fees and costs.

DATED: January 15, 2020    LAW OFFICE OF ROBERT L. STARR


                           By:    /s/ *Adam M. Rose*
                               ROBERT L. STARR
                               ADAM M. ROSE
                               Attorneys for Plaintiff
                               WHITE FOX, LLC


DATED: January 15, 2020    NELSON MULLINS RILEY &
                           SCARBOROUGH LLP


                           By:    /s/ *Ryan E. Cosgrove*
                               LISA M. GIBSON
                               RYAN E. COSGROVE
                               SHAWTINA LEWIS
                               Attorneys for Defendant
                               MCLAREN AUTOMOTIVE, INC.


     **Pursuant to L.R. 5-4.3.4(a)(2), I, Adam M. Rose, attest that all other signatories listed, and on whose behalf the filling is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The stipulation is approved. The entire action, including all claims stated herein |
| 3 | against McLaren Automotive, Inc., is hereby dismissed with prejudice. |
| 4 | |
| 5 | Dated: _____               _____ |
| 6 | Hon. Andre Birotte, Jr. |
| 7 | Judge of the United States District Court |

-3-  Case No. 2:19-cv-05808-AB-JPR

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that January 15, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: /s/ *Adam M. Rose*
Adam M. Rose