# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSH BERMAN, et al. <br><br> PLAINTIFF(S) <br><br> v. <br><br> MCLAREN AUTOMOTIVE, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:19−cv−05808−AB−JPR <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 1/17/2020 | 30 | Stipulation |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

    Counsel shall immediately file a Proposed Order and email a Microsoft Word version of the Proposed Order to the chambers email address.

Clerk, U.S. District Court

Dated: 1/21/2020

By: C. Badirian
    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

G-112B (01/07)