JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSH BERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-05808-AB-JPR<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE** |

The stipulation is approved. The entire action, including all claims stated herein against McLaren Automotive, Inc., is hereby **DISMISSED** with prejudice.

Dated: January 27, 2020  _____

                                    Hon. Judge Andre Birotte Jr.